Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                     FORM 3

| | |
|---|---|
| **CANFOR CORPORATION, CANADIAN FOREST PRODUCTS, LTD., AND CANFOR WOOD PRODUCTS MARKETING, LTD.,**<br><br>     **Plaintiffs,**<br><br>  v.<br><br>**UNITED STATES,**<br><br>     **Defendant.** | **SUMMONS**<br>**Court No. 23-00188** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



    **/s/ Mario Toscano**
    Clerk of the Court

1. Plaintiff Canfor Corporation, Canadian Forest Products, Ltd., and Canfor Wood Products Marketing, Ltd. ("Plaintiffs" or collectively, "Canfor") are foreign producers and exporters of softwood lumber from Canada. Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A) and were parties to the U.S. Department of Commerce's January 1, 2021 – December 31, 2021 antidumping duty administrative review of Certain Softwood Lumber Products From Canada. Plaintiffs have standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C § 1516a(a)(2)(A)(i)(I).
(Name and standing of plaintiff)

2. Plaintiff contests aspects of the U.S. Department of Commerce, International Trade Administration's final results of the January 1, 2021 – December 31, 2021 antidumping duty administrative review of the countervailing duty order on *Certain Softwood Lumber Products From Canada*. See *Certain Softwood Lumber Products From Canada: Final Results of Antidumping Admin. Review and Final Determination of No Shipments; 2021*, 88 Fed. Reg. 50,106 (Dep't Commerce Aug. 1, 2023) ("*Final Results*").
*(Brief description of contested determination)*

3. July 26, 2023
(Date of determination)

Form 3-2

4. Commerce's *Final Results* were published in the *Federal Register* on Aug. 1, 2023
   (Date of determination)

| | |
|---|---|
| /s/ R. Will Planert<br>Signature of Plaintiff's Attorney | R. Will Planert<br>**Morris, Manning & Martin, LLP**<br>1401 Eye Street, NW Suite 600 |
| September 6, 2023<br>Date | Washington, DC 20005<br>(202) 216-4819<br>wplanert@mmmlaw.com |
| | *Counsel for Plaintiffs Canfor Corporation, Canadian Forest Products, Ltd., and Canfor Wood Products Marketing, Ltd.* |

Form 3-3

### SERVICE OF SUMMONS BY THE CLERK OF THE COURT

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

### UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

### UPON THE DEPARTMENT OF COMMERCE

General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)